HENRY B. BLANCHARD et al., Executors of THEODORE A. BLANCHARD, Deceased, Respondents, v. SUSAN JEFFERSON, Appellant.

*Blanchard* v. *Jefferson*, 13 App. Div. 314, affirmed.
(Argued March 12, 1900; decided April 3, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1897, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*John L. Hill* for appellant.

*Charles E. Hughes* for respondents.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOHN JAMIESON et al., Respondents, v. THE NEW YORK AND ROCKAWAY BEACH RAILWAY COMPANY, Appellant.

*Jamieson* v. *N. Y. & Rockaway Beach R. Co.*, 11 App. Div. 50, affirmed.
(Argued March 13, 1900; decided April 3, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1897, modifying and, as modified, affirming a judgment in favor of plaintiffs entered upon a verdict, and affirming an order denying a motion for a new trial.

*William C. Beecher* for appellant.

*Henry A. Monfort* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and WERNER, JJ. Not voting: GRAY, J. Not sitting: CULLEN, J.